**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

By EMAIL

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2022

Re:   **United States v. Arinze Ohuche**
         **22 Mag 02742**

Dear Judge Aaron:

I write to update the Court on the status of Mr. Arinze Ohuche's case and to request a hearing. On March 23, 2022, Mr. Ohuche had his initial appearance in a Rule 5(C)(3) proceeding before Magistrate Judge Barbara Moses for an underlying case indicted in the Northern District of Ohio. Mr. Ohuche requested release so that he could arrange his own travel to Ohio to address the pending matter. Pretrial Services recommended release. Judge Moses detained him and set April 6, 2022, as a Control Date for removal.

As of today, April 18, 2022, Mr. Ohuche remains in this district, detained in Westchester County. AUSA Edward Robinson informed me on April 5 that Mr. Ohuche's removal by the Marshals would take another one or two weeks. It has now been two weeks since that conversation and nearly one month since Mr. Ohuche's detention, and he remains detained here in the Southern District of New York.

I ask the Court to schedule a hearing on this matter, to address the delay in Mr. Ohuche being transported to Ohio, and to reconsider his release so that he may be permitted to self-transport to Ohio and address his pending case more promptly. Mr. Ohuche could have been in Ohio weeks ago, addressing the underlying case were it not for delays by the Marshal service.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
212-417-8735

cc: Edward Robinson
Assistant United States Attorney
(by EMAIL)

ENDORSEMENT: Defendant's request for a hearing is GRANTED. The parties shall appear for a bail modification hearing on April 27, 2022, at 11:00 a.m., in Courtroom 11C of the Daniel Patrick Moynihan United States Courthouse, before Judge Aaron. The hearing will be taken off calendar if, by 5:00 p.m. on April 26, 2022, the Government certifies, in writing, that the Defendant has been transferred to the Northern District of Ohio. SO ORDERED.
Dated: 4/19/2022